STATE of Missouri, Respondent,

v.

Ronnie B. TAYLOR, Appellant.

No. WD 52728.

Missouri Court of Appeals, Western District.

Submitted June 23, 1997.

Decided Sept. 2, 1997.

Andrew A. Schroeder, Asst. Public Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Patricia A. Molteni, Asst. Atty. Gen., Jefferson City, for respondent.

Before BERREY, P.J., and SMART and EDWIN H. SMITH, JJ.

### ORDER

PER CURIAM:

Ronnie Taylor appeals his conviction of trafficking in the second degree. He was sentenced as a prior offender to ten years imprisonment. Having carefully considered the contentions on appeal, we conclude the judgment should be affirmed. A published opinion would lack precedential value. A memorandum as to the reasons for our deci-

sion has been furnished to the parties. Rule 30.25(b).